UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-00362-TLN-KJN |
| | No. 2:24-cv-00363-TLN-KJN |
| | No. 2:24-cv-00364-TLN-KJN |
| | No. 2:24-cv-00365-TLN-KJN |
| | No. 2:24-cv-00366-TLN-KJN |
| | No. 2:24-cv-00367-TLN-KJN |
| | No. 2:24-cv-00368-TLN-KJN |
| | No. 2:24-cv-00369-TLN-KJN |
| | No. 2:24-cv-00370-TLN-KJN |
| | No. 2:24-cv-00372-TLN-KJN |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

1  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2  the Court to open a new case for each attempted new pleading and assign it to the undersigned for
3  review.  (*Id.* at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
4  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

   The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

   Accordingly, the complaints/petitions in Case Nos. 2:24-cv-00362, 2:24-cv-00363, 2:24-cv-00364, 2:24-cv-00365, 2:24-cv-00366, 2:24-cv-00367, 2:24-cv-00368, 2:24-cv-00369, 2:24-cv-00370 and 2:24-cv-00372 are hereby DISMISSED.  The Clerk of the Court is directed to close these cases.  No further filings will be accepted.

   IT IS SO ORDERED.

Date: March 6, 2024

_____
Troy L. Nunley
United States District Judge